UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:20-cr-238-JSM-SPF | DATE: | October 16, 2023 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDU BORIS DIACONU | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Rachel Jones, AUSA | |
| | | **DEFENSE COUNSEL**<br>Adam Allen, AFPD | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Karina Nieves |
| TIME | 2:54-3:02 | TOTAL: 8 MIN | PRETRIAL: | Jasmine King |
| | | COURTROOM: | 12A |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Bond: Government is seeking detention. Defendant was extradited from Russia and has no ties to the United States.

    Defendant: Reserve the right for detention hearing.

    Court: Defendant is ordered detained.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: December 2023 beginning week of December 4, 2023, at 9:00 AM, before JSM
STATUS REPORTS – due on the 10th of each month

Oral motion for discovery. Oral motion for reciprocal discovery.

Referred to Magistrate Judge Flynn for pretrial discovery order. Pretrial discovery order to be electronically filed.

Oral Order of Due Process.