UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:20-cr-238-JSM-SPF

SANDU BORIS DIACONU

_____

## ORDER OF DETENTION

This CAUSE came on to be heard at the time of the defendant's initial appearance and arraignment. The government requested that the defendant be detained. The defendant did not challenge the government's request for detention at this time but requested, and was granted, the right to have the matter of bail reconsidered on the filing of an appropriate motion. The defendant should be detained without bail.

The defendant has been charged with various fraud charges and was extradited from Russia. Moreover, the defendant has no significant ties to this country.  Under these circumstances, there is no reason to think that the defendant would appear for trial and be subjected to strong sentences.

It is, therefore, upon consideration,

ORDERED:

1. That defendant SANDU BORIA DIACONU shall be DETAINED without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 16th day of October, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2B