AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHAL
20 AUG 12 AM 9:22
MIDDLE DIST. OF FLORIDA
TAMPA FLORIDA

| United States of America | ) |
| v. | ) |
| SANDU BORIS DIACONU | ) Case No. 8:20-CR-238-T-30SPF |
| a/k/a "utmsandu" a/k/a "sandushell" a/k/a "rootarhive" | ) |
| a/k/a "WinD3str0y" | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

OCT 18 2023 AM 9:33
FILED - USDC - FLMD - TPA

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SANDU BORIS DIACONU,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit access device fraud and access a protected computer, in violation of 18 U.S.C. § 371
Conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349
Conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h)
Possession of fifteen or more unauthorized access devices, in violation of 18 U.S.C. §§ 1029(a)(3)
Unauthorized solicitation of an access device, in violation of 18 U.S.C. §§ 1029(a)(6)(A)
Obtaining information by computer from a protected computer, in violation of 18 U.S.C. § 1030(a)(2)(C)

Date: 8-12-20

*Issuing officer's signature* (Brenda Napier)

City and state:   Tampa, Florida     ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/12/2020, and the person was arrested on *(date)* 10/13/23
at *(city and state)* Tampa, FL.

Date: 10/13/23

*Arresting officer's signature* (Arturo Garcia)

Arturo Garcia CTDUSM
*Printed name and title*