NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                                  Case No. 8:20-cr-238-JSM-SPF

SANDU BORIS DIACONU
_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and pleaded guilty to Counts ONE and FOUR of the Indictment. After cautioning and examining the Defendant as mandated by Rule 11, I have determined that the guilty plea is knowledgeable, voluntary, and supported by a factual basis. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on November 16, 2023.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to the proposed findings and recommendations or request an extension of time to do so. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Failure of any party to timely object in accordance with the provisions of § 636(b)(1) waives that party's right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.